UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 21-101-DLB

KENNETH MOBLEY                                                      PETITIONER

v.                                          **<u>JUDGMENT</u>**

JAILER, BOURBON CO. DETENTION CENTER, et al.         RESPONDENTS

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

(1) Kenneth Mobley's petition for a writ of habeas corpus (Doc. # 1) is **DENIED**; and

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 19th day of May, 2021.

Signed By:
*David L. Bunning*
United States District Judge